The information available on Case.net is provided as a service and is not considered an official court record.

# 26JE-CC00913 - KAB CONSTRUCTION CO V CITY OF FESTUS ET AL (E-CASE)



**Judge/Commissioner Assigned**
PAGE, EDWARD LOUIS

**Date Filed**
08/28/2026

**Location**
Jefferson

**Case Type**
CC Declaratory Judgment

**Disposition**
Not Disposed

**Financial Information**

Track This Case

Virtual Hearing Room



EXHIBIT
I

## 26JE-CC00913 - KAB CONSTRUCTION CO V CITY OF FESTUS ET AL (E-CASE)



0:2

**KAB CONSTRUCTION CO. -** *Plaintiff*

**Address:** PO BOX 374 HILLSBORO, MO 63050

**Represented By**

**SWEENEY, ROBERT KEVIN** - *Attorney for Plaintiff*

**Address:** 503 MAIN STREET PO BOX 20 HILLSBORO, MO 63050

0:3

**CITY OF FESTUS -** *Defendant*

**Address:** 711 W MAIN FESTUS, MO 63028

**Represented By**

**HILL, BLAKE DANIEL** - *Attorney for Defendant*

**Address:** HELLMICH, HILL & RETTER, LLC 1049 S. CLAY AVE. KIRKWOOD, MO 63122

0:4

**WEEKLEY, KARL -** *Defendant*

**Address:** 711 W MAIN FESTUS, MO 63028

**Represented By**

Back

**KE DANIEL** - *Attorney for Defendant*

**Address:** HELLMICH, HILL & RETTER, LLC 1049 S. CLAY AVE. KIRKWOOD, MO 63122

0:5

**BELLEVILLE, RICK -** *Defendant*

**Address:** 711 W MAIN FESTUS, MO 63028

**Represented By**

**HILL, BLAKE DANIEL** - *Attorney for Defendant*

**Address:** HELLMICH, HILL & RETTER, LLC 1049 S. CLAY AVE. KIRKWOOD, MO 63122

0:6

**MOORE, DAN -** *Defendant*

**Address:** 711 W MAIN FESTUS, MO 63028

**Represented By**

**HILL, BLAKE DANIEL** - *Attorney for Defendant*

**Address:** HELLMICH, HILL & RETTER, LLC 1049 S. CLAY AVE. KIRKWOOD, MO 63122

0:7

**RICHARDS, SAM -** *Defendant*

**Address:** 711 W MAIN FESTUS, MO 63028

**Represented By**

**HILL, BLAKE DANIEL** - *Attorney for Defendant*

**Address:** HELLMICH, HILL & RETTER, LLC 1049 S. CLAY AVE. KIRKWOOD, MO 63122

0:8

**BOYER, DAVID -** *Defendant*

**Address:** 711 W MAIN FESTUS, MO 63028

**Represented By**

**HILL, BLAKE DANIEL** - *Attorney for Defendant*

**Address:** HELLMICH, HILL & RETTER, LLC 1049 S. CLAY AVE. KIRKWOOD, MO 63122

0:9

**COOK, MICHAEL -** *Defendant*

**Address:** 711 W MAIN FESTUS, MO 63028

**Represented By**

**HILL, BLAKE DANIEL** - *Attorney for Defendant*

**Address:** HELLMICH, HILL & RETTER, LLC 1049 S. CLAY AVE. KIRKWOOD, MO 63122

0:10

**DENNIS, KEVIN -** *Defendant*

**Address:** 711 W MAIN FESTUS, MO 63028

**Represented By**

**HILL, BLAKE DANIEL** - *Attorney for Defendant*

**Address:** HELLMICH, HILL & RETTER, LLC 1049 S. CLAY AVE. KIRKWOOD, MO 63122

0:11

**MCCARTHY, ALLEN -** *Defendant*

**Address:** 711 W MAIN FESTUS, MO 63028

**Represented By**

**HILL, BLAKE DANIEL** - *Attorney for Defendant*

**Address:** HELLMICH, HILL & RETTER, LLC 1049 S. CLAY AVE. KIRKWOOD, MO 63122

Missouri Courts

The information available on Case.net is provided as a service and is not considered an official court record.

**26JE-CC00913 - KAB CONSTRUCTION CO V CITY OF FESTUS ET AL (E-CASE)**

File Viewer | Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences
Service Information | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

eFile on Case | **Respond to Selected Documents** | QuickFile

**Sort by date:** ⦿Descending ○Ascending

**Display options:** All Entries

**09/28/2026**

☐ **Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service.
**Filed By:** BLAKE DANIEL HILL
**On Behalf Of:** CITY OF FESTUS, KARL WEEKLEY, RICK BELLEVILLE, DAN MOORE, SAM RICHARDS, DAVID BOYER, MICHAEL COOK, KEVIN DENNIS, ALLEN MCCARTHY

**09/09/2026**

☐ **Return Service - Other**
Document ID - 26-SMCC-2454; Served To - MCCARTHY, ALLEN ; Served Date - 09/03/2026; Served Time - 13:35:00; Service Type - SP; Reason Description - SERV; Service Text -SUMMONS SERVED - ACCEPTED BY CHRISTINA DOYLE, RECORDS CLERK

☐ **Return Service - Other**
Document ID - 26-SMCC-2459; Served To - WEEKLEY, KARL ; Served Date - 09/03/2026; Served Time - 13:35:00; Service Type - SP; Reason Description - SERV; Service Text -SUMMONS SERVED - ACCEPTED BY CHRISTINA DOYLE, RECORDS CLERK

☐ **Return Service - Other**
Document ID - 26-SMCC-2451; Served To - RICHARDS, SAM ; Served Date - 09/03/2026; Served Time - 13:35:00; Service Type - SP; Reason Description - SERV; Service Text -SUMMONS SERVED - ACCEPTED BY CHRISTINA DOYLE, RECORDS CLERK

☐ **Return Service - Other**
Document ID - 26-SMCC-2453; Served To - BELLEVILLE, RICK ; Served Date - 09/03/2026; Served Time - 13:35:00; Service Type - SP; Reason Description - SERV; Service Text -SUMMONS SERVED - ACCEPTED BY CHRISTINA DOYLE, RECORDS CLERK

☐ **Return Service - Other**
Document ID - 26-SMCC-2457; Served To - BOYER, DAVID ; Served Date - 09/03/2026; Served Time - 13:35:00; Service Type - SP; Reason Description - SERV; Service Text -SUMMONS SERVED - ACCEPTED BY CHRISTINA DOYLE, RECORDS CLERK

☐ **Return Service - Other**
Document ID - 26-SMCC-2452; Served To - MOORE, DAN ; Served Date - 09/03/2026; Served Time - 13:35:00; Service Type - SP; Reason Description - SERV; Service Text -SUMMONS SERVED - ACCEPTED BY CHRISTINA DOYLE, RECORDS CLERK

Back

☐ **Return Service - Other**
Document ID - 26-SMCC-2455; Served To - CITY OF FESTUS, ; Served Date - 09/03/2026; Served Time - 13:35:00; Service Type - SP; Reason Description - SERV; Service Text -SUMMONS SERVED - ACCEPTED BY CHRISTINA DOYLE, RECORDS CLERK



☐ Document ID - 26-SMCC-2458; Served To - DENNIS, KEVIN ; Served Date - 09/03/2026; Served Time - 13:35:00; Service Type - SP; Reason Description - SERV; Service Text -SUMMONS SERVED -

ACCEPTED BY CHRISTINA DOYLE, RECORDS CLERK

☐ **Return Service - Other**
Document ID - 26-SMCC-2456; Served To - COOK, MICHAEL ; Served Date - 09/03/2026; Served Time - 13:35:00; Service Type - SP; Reason Description - SERV; Service Text -SUMMONS SERVED - ACCEPTED BY CHRISTINA DOYLE, RECORDS CLERK

**09/08/2026**

☐ **Notice of Service**
Notice of Service - McCarthy.
**Filed By:** ROBERT KEVIN SWEENEY
**On Behalf Of:** KAB CONSTRUCTION CO.

☐ **Notice of Service**
Notice of Service - Boyer.
**Filed By:** ROBERT KEVIN SWEENEY
**On Behalf Of:** KAB CONSTRUCTION CO.

☐ **Notice of Service**
Notice of Service - Belleville.
**Filed By:** ROBERT KEVIN SWEENEY
**On Behalf Of:** KAB CONSTRUCTION CO.

☐ **Notice of Service**
Notice of Service - Cook.
**Filed By:** ROBERT KEVIN SWEENEY
**On Behalf Of:** KAB CONSTRUCTION CO.

☐ **Notice of Service**
Notice of Service - Daniel.
**Filed By:** ROBERT KEVIN SWEENEY
**On Behalf Of:** KAB CONSTRUCTION CO.

☐ **Notice of Service**
Notice of Service - Moore.
**Filed By:** ROBERT KEVIN SWEENEY
**On Behalf Of:** KAB CONSTRUCTION CO.

☐ **Notice of Service**
Notice of Service - Richards.
**Filed By:** ROBERT KEVIN SWEENEY
**On Behalf Of:** KAB CONSTRUCTION CO.

☐ **Notice of Service**
Notice of Service - Weekley.
**Filed By:** ROBERT KEVIN SWEENEY
**On Behalf Of:** KAB CONSTRUCTION CO.

☐ **Notice of Service**
Notice of Service - City of Festus.
**Filed By:** ROBERT KEVIN SWEENEY
**On Behalf Of:** KAB CONSTRUCTION CO.

**09/01/2026**

☐ **Summons Issued-Circuit**
Document ID: 26-SMCC-2475, for DENNIS, KEVIN

☐ **Return Service - Other**
Document ID - 26-SMCC-2458; Served To - KEVIN DENNIS; Served Date - 09/01/2026; Served Time - 14:56:01; Service Type - OT; Reason Description - OTHR; Service Text -CORRECTION OF DFTs NAME

**08/31/2026**

☐ **Memorandum Filed**
Memorandum of Correction.
**Filed By:** ROBERT KEVIN SWEENEY
**On Behalf Of:** KAB CONSTRUCTION CO.

☐ **Order - Special Process Server**

Pursuant to RSMo 506.140, the requested individual(s) are appointed as Special Process Server(s) in this cause of action. Michael E. Reuter by: G. Lucas, Deputy Clerk

**Associated Entries: 08/28/2026 - Motion Special Process Server** +

☐ **Summons Issued-Circuit**
Document ID: 26-SMCC-2459, for WEEKLEY, KARL

☐ **Summons Issued-Circuit**
Document ID: 26-SMCC-2458, for DANIEL, KEVIN

☐ **Summons Issued-Circuit**
Document ID: 26-SMCC-2457, for BOYER, DAVID

☐ **Summons Issued-Circuit**
Document ID: 26-SMCC-2456, for COOK, MICHAEL

☐ **Summons Issued-Circuit**
Document ID: 26-SMCC-2455, for CITY OF FESTUS

☐ **Summons Issued-Circuit**
Document ID: 26-SMCC-2454, for MCCARTHY, ALLEN

☐ **Summons Issued-Circuit**
Document ID: 26-SMCC-2453, for BELLEVILLE, RICK

☐ **Summons Issued-Circuit**
Document ID: 26-SMCC-2452, for MOORE, DAN

☐ **Summons Issued-Circuit**
Document ID: 26-SMCC-2451, for RICHARDS, SAM

---

**08/28/2026**

☐ **Filing Info Sheet eFiling**

**Filed By:** ROBERT KEVIN SWEENEY

☐ **Motion Special Process Server**
Motion for Appointment of Special Process Server.
**Filed By:** ROBERT KEVIN SWEENEY
**On Behalf Of:** KAB CONSTRUCTION CO.
**Associated Entries: 08/31/2026 - Order - Special Process Server** +

☐ **Pet Filed in Circuit Ct**
Petition.
**Filed By:** ROBERT KEVIN SWEENEY
**On Behalf Of:** KAB CONSTRUCTION CO.

Electronically Filed - Jefferson - August 28, 2026 - 03:42 PM

STATE OF MISSOURI )
) SS
COUNTY OF JEFFERSON )

IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
OF MISSOURI AT HILLSBORO, JEFFERSON COUNTY, MISSOURI

KAB CONSTRUCTION CO.,
a Missouri corporation,

Plaintiff,

v.

Cause No. 26JE-CC
Division

CITY OF FESTUS, MISSOURI,
a Missouri third-class city
SERVE: 711 W. Main
Festus, MO 63028

COUNCILPERSON KARL WEEKLEY
in his official capacity as member of the
Festus City Council
and in his individual capacity
SERVE: 711 W. Main
Festus, MO 63028

COUNCILPERSON RICK BELLEVILLE
in his official capacity as member of the
Festus City Council
and in his individual capacity
SERVE: 711 W. Main
Festus, MO 63028

COUNCILPERSON DAN MOORE
in his official capacity as member of the
Festus City Council
and in his individual capacity
SERVE: 711 W. Main
Festus, MO 63028

Electronically Filed - Jefferson - August 28, 2026 - 03:42 PM

MAYOR SAM RICHARDS )
in his official capacity as Mayor of the )
City of Festus )
SERVE: 711 W. Main )
Festus, MO 63028 )
)
COUNCILPERSON DAVID BOYER )
in his official capacity as member of the )
Festus City Council )
SERVE: 711 W. Main )
Festus, MO 63028 )
)
COUNCILPERSON MICHAEL COOK )
in his official capacity as member of the )
Festus City Council )
SERVE: 711 W. Main )
Festus, MO 63028 )
)
COUNCILPERSON KEVIN DANIELS )
in his official capacity as member of the )
Festus City Council )
SERVE: 711 W. Main )
Festus, MO 63028 )
)
COUNCILPERSON ALLEN MCCARTHY)
in his official capacity as member of the )
Festus City Council )
SERVE: 711 W. Main )
Festus, MO 63028 )
)
Defendants. )

**PETITION FOR WRIT OF MANDAMUS, DECLARATORY AND INJUNCTIVE RELIEF, DAMAGES UNDER 42 U.S.C. § 1983, AND TORTIOUS INTERFERENCE WITH BUSINESS EXPECTANCY**

Comes now Plaintiff KAB Construction Co. (“KAB”), and for its Petition, states as follows:

Electronically Filed - Jefferson - August 28, 2026 - 03:42 PM

**Parties, Jurisdiction, and Venue**

1. Plaintiff KAB is a Missouri corporation authorized to conduct business in Missouri and does business in Jefferson County, Missouri.

2. Defendant City of Festus, Missouri ("City") is a Missouri third-class city located in Jefferson County, Missouri. The City is a "person" subject to suit under 42 U.S.C. § 1983.

3. Defendant Karl Weekley is a councilperson and is sued in his official and individual capacity for his own acts and omissions alleged below.

4. Defendant Rick Belleville is a councilperson and is sued in his official and individual capacity for his own acts and omissions alleged below.

5. Defendant Dan Moore is a councilperson and is sued in his official and individual capacity for his own acts and omissions alleged below.

6. Defendant Sam Richards is the Mayor of the City of Festus and is sued solely in his official capacity for mandamus and related prospective relief.

7. Defendants David Boyer, Michael Cook, Kevin Daniels, and Allen McCarthy are Councilpersons serving on the Festus City Council. Each is sued solely in his official capacity for prospective, coercive, mandamus, and related relief.

8. At all relevant times, the individual-capacity Defendants acted under color of Missouri law and within or under the asserted authority of their municipal offices. KAB expressly pleads its claims against Weekley, Belleville, and Moore in their individual capacities. KAB seeks individual-capacity damages only from those Defendant's personally pleaded conduct.

Electronically Filed - Jefferson - August 28, 2026 - 03:42 PM

9. This Court has jurisdiction over KAB's Missouri-law claims and concurrent jurisdiction over KAB's claims under 42 U.S.C. § 1983. Venue is proper in Jefferson County because the City is located here and the acts, omissions, property, and injuries at issue are located or occurred here.

**General Allegations**

10. KAB owns, controls, or holds the contractual right to develop the real property located at 2315 Bucks Creek Road, Festus, Missouri ("Property").

11. On July 27, 2026 and again on August 10, 2026, KAB submitted a preliminary plat application for the Buck Creek Development ("Plat"). The Plat sought approval to a proposed subdivision.

12. The Plat was governed by Chapter 410 of the Code of Ordinances of the City of Festus.

13. As stated by City staff at both the July 27, 2026 and August 10, 2026 meetings, KAB satisfied every applicable, objective requirement for preliminary-plat approval.

14. City staff and the Planning and Zoning Commission determined that the Plat complied with the applicable requirements and approved the Plat on July 16, 2026. The staff report, recommendation, minutes, and vote will be offered in evidence.

15. At both the July 27, 2026 and August 10, 2026 meetings the City Attorney advised the City's governing body that the preliminary plat approval was ministerial, that the applicant had satisfied all the requirements and that the City lacked a lawful, ordinance-based basis to deny a compliant Plat.

Electronically Filed - Jefferson - August 28, 2026 - 03:42 PM

16. On August 10, 2026, the City's governing body considered the Plat and denied it by a 4–3 vote. The denial was a final municipal action.[1]

17. The City did not identify in its final action a specific, applicable ordinance requirement that KAB's Plat failed to satisfy, nor did it issue adequate findings tied to competent evidence in the public record. Instead, the stated or actual bases for denial included only objections not established as approval criteria in the City's duly enacted subdivision and zoning ordinances.

18. KAB alleges that the denial was based on generalized neighborhood or political opposition, subjective preferences, or other criteria outside the governing ordinances, rather than the ordinance standards applicable to the Plat.

19. Upon information and belief, before the public deliberation and vote, one or more of Weekley, Belleville, and Moore: (a) communicated with opponents, other officials, or intermediaries concerning the merits of KAB's pending Plat outside a properly noticed public meeting; (b) solicited or coordinated opposition; (c) received or relied on material, extra-record information; (d) prejudged the Plat; and/or (e) coordinated the denial vote. The communications, participants, dates, and content are particularly within Defendants' knowledge and will be established through discovery.

20. To the extent Weekley, Belleville, and Moore engaged in the conduct alleged in Paragraph 19, each did so personally and knowingly, with the purpose or

[1] A majority of the entire council is required to approve a preliminary plat. In other words, five (5) votes. The absence of the eighth member of the Council denied the mayor the opportunity to break a tie and supply the fifth vote.

Electronically Filed - Jefferson - August 28, 2026 - 03:42 PM

substantial certainty of defeating KAB's entitlement to approval under the governing ordinances and causing KAB economic harm.

21. Each or either Weekley, Belleville, and Moore supplied the outcome-determinative third vote against approval. But for that Defendant's vote and alleged pre-vote conduct, the Plat would not have been denied.

22. The City's final denial caused KAB to incur or sustain damages, including carrying costs, increased financing costs, engineering and design costs, lost profits, delay damages, lost sales or leases, contract losses, and other damages, in an amount to be proved at trial.

23. KAB has no adequate remedy at law to obtain timely approval of the Plat. Delay in approval continues to impair KAB's development and business interests.

**Count I — Mandamus**
**Against the Official-Capacity Defendants**

Comes again Plaintiff and for Count I of its Petition, states:

24. KAB incorporates by reference Paragraphs 1 through 23 as if fully set out herein.

25. Missouri law requires municipal subdivision regulation to be exercised under duly enacted ordinance standards. Approval of a preliminary plat that satisfies the applicable subdivision and zoning requirements is a ministerial act.

26. KAB has a clear, unequivocal, and specific legal right to approval of the Plat because it satisfied the objective requirements of Chapter 410 of the City of Festus Code of Ordinances.

Electronically Filed - Jefferson - August 28, 2026 - 03:42 PM

27. The official-capacity Defendants have a definite, presently existing legal duty to approve, execute, certify, endorse, and implement the Plat approval required by Missouri law and the City's ordinances.

28. Defendants have refused to perform that ministerial duty by denying the compliant Plat and/or refusing to take the ministerial steps required to effect approval.

29. Mandamus is necessary to compel performance of the ministerial duty and does not ask this Court to substitute its judgment for any lawful discretion.

**WHEREFORE**, KAB requests that the Court issue a preliminary writ and, after hearing, a permanent writ of mandamus directing the official-capacity Defendants to approve and implement the Plat without unlawful delay, together with costs and all other proper relief.

**Count II — Declaratory and Injunctive Relief Under § 536.150, RSMo, and Rule 87 Against the City and Official-Capacity Defendants**

Comes again Plaintiff and for Count II of its Petition, states:

30. KAB incorporates by reference Paragraphs 1 through 29 as if fully set out herein.

31. The City's final action determined KAB's legal rights and privileges concerning the Plat.

32. The City's denial was unlawful, unreasonable, arbitrary, capricious, and an abuse of discretion because KAB met the applicable ordinance requirements and Defendants relied on considerations outside those requirements.

33. An actual, present controversy exists regarding KAB's right to approval of the Plat and Defendants' obligation to apply the City's ordinances according to their terms.

Electronically Filed - Jefferson - August 28, 2026 - 03:42 PM

34. A declaration and injunction are necessary to determine the parties' rights, prevent continued enforcement of the unlawful denial, and require the City and its responsible officers to act consistently with the governing statutes and ordinances.

**WHEREFORE**, KAB requests a declaration that the denial of the Plat was unlawful, unreasonable, arbitrary, capricious, and beyond Defendants' authority; an injunction prohibiting Defendants from enforcing or relying on the denial; appropriate prospective relief requiring lawful processing and approval of the Plat; costs; and all other proper relief.

**Count III — Deprivation of Substantive Due Process Under 42 U.S.C. § 1983 Against the City and Weekley, Belleville, and Moore in Their Individual Capacities**

Comes again Plaintiff and for Count III of its Petition, states:

35. KAB incorporates by reference Paragraphs 1 through 34 as if fully set out herein.

36. KAB possessed a protected property interest in approval of its compliant Plat under the applicable Missouri statutes and City ordinances.

37. The City's governing body was the final municipal decision-maker for the Plat. Its final denial constitutes City policy for purposes of 42 U.S.C. § 1983.

38. By intentionally denying KAB's compliant Plat, despite the ministerial nature of the approval decision, the staff and/or Planning and Zoning recommendation, the absence of a legitimate ordinance-based deficiency, and advice of the City Attorney, the City acted with intentional disregard of governing law and in a manner that was truly irrational, not merely mistaken or arbitrary.

Electronically Filed - Jefferson - August 28, 2026 - 03:42 PM

39. Upon information and belief, Weekley, Belleville, and Moore personally participated in the deprivation by the conduct attributed to each of them in Paragraphs 19 through 21, including: (a) communicating with opponents, other officials, or intermediaries concerning the merits of KAB's pending Plat outside a properly noticed public meeting; (b) soliciting or coordinating opposition; (c) receiving or relying on material, extra-record information; (d) prejudging the Plat; and/or (e) coordinating the denial vote. Their conduct was administrative or ministerial in nature, not the enactment of general legislation.

40. Each individual Defendant knew or reasonably should have known that KAB had a clearly established right to have a compliant Plat decided under the governing ordinance standards, without a denial based on undisclosed, extra-record, or unauthorized criteria.

41. The City's and individual Defendants' conduct directly and proximately caused KAB's damages.

**WHEREFORE**, KAB requests judgment against the City and against Weekley, Belleville, and Moore in their individual capacities for compensatory damages, prejudgment interest where allowed, costs, reasonable attorney's fees under 42 U.S.C. § 1988, and all other proper relief.

**Count IV — Tortious Interference With Business Expectancy**
**Against Weekley, Belleville, and Moore in Their Individual Capacities**

Comes again Plaintiff and for Count V of its Petition, states:

42. 48. KAB incorporates by reference Paragraphs 1 through 41 as if fully set out herein.

Electronically Filed - Jefferson - August 28, 2026 - 03:42 PM

43. KAB had valid, reasonable, and identifiable business expectancies in its lender commitments, investor arrangements, third party relationships and other business activities related to its development of the Property.

44. Each individual Defendant knew of KAB's identified expectancy or had knowledge from which the expectancy was reasonably apparent.

45. Upon information and belief, and acting outside any legitimate municipal function and for an improper purpose, Weekley, Belleville, and/or Moore intentionally interfered with KAB's expectancy by knowingly taking improper and ultra vires actions, making false statements to third parties, misusing of nonpublic information and other independently wrongful conduct.

46. The conduct alleged in Paragraph 45 was not simply the City's decision on KAB's Plat, nor conduct taken solely as the City's agent in the ordinary municipal approval process. Rather, it was personal, intentional conduct directed at KAB's separate relationship or expectancy with third parties.

47. The individual Defendants lacked justification for the interference. Their conduct was malicious, willful, and undertaken with actual intent to injure KAB or with knowledge that injury to KAB was substantially certain to result.

48. But for the individual Defendants' interference, KAB would have realized the identified business expectancy. KAB has thereby suffered damages in an amount to be proved at trial.

Electronically Filed - Jefferson - August 28, 2026 - 03:42 PM

**WHEREFORE**, KAB requests judgment against the responsible individual Defendant or Defendants for actual damages, punitive damages upon the requisite showing, costs, and all other proper relief.

**Count V — Civil Conspiracy**
**Against Weekley, Belleville, and Moore in Their Individual Capacities**

Comes again Plaintiff and for Count VI of its Petition, states:

49. KAB incorporates by reference Paragraphs 1 through 48 as if fully set out herein.

50. Weekley, Belleville, and Moore entered into an agreement or understanding to accomplish the unlawful denial of KAB's compliant Plat through improper means, including nonpublic communications, predetermined vote, concealment, false representation and interference.

51. In furtherance of that agreement, one or more of them committed overt acts, including the conduct identified in Paragraphs 19 through 21, and 45.

52. The conspiracy caused KAB damage. This count is pleaded as an alternative theory of joint liability for the underlying actionable torts and statutory violations, not as a claim based solely on the official vote or on legally privileged participation in the governing body.

**WHEREFORE**, KAB requests judgment against Weekley, Belleville, and Moore, jointly and severally to the extent allowed by law, for actual damages, punitive damages upon the requisite showing, costs, and all other proper relief.

**Prayer for Relief**

**WHEREFORE**, Plaintiff KAB Construction Co. respectfully requests that the Court:

Electronically Filed - Jefferson - August 28, 2026 - 03:42 PM

1. Issue a preliminary and permanent writ of mandamus requiring the responsible official-capacity Defendants to approve and implement the Plat;

2. Declare the City's denial unlawful, unreasonable, arbitrary, capricious, and beyond Defendants' authority;

3. Enter prospective injunctive relief preventing enforcement of the unlawful denial and requiring lawful processing of the Plat;

4. Award KAB its compensatory damages against the City and the responsible individual Defendants as authorized by law;

5. Award KAB punitive damages against the individual-capacity Defendants upon the requisite proof;

6. Award reasonable attorney's fees under 42 U.S.C. § 1988, where authorized;

8. Award costs, prejudgment and post-judgment interest as allowed by law; and

9. Grant such other and further relief as the Court deems just and proper.

/s/ Robert K. Sweeney
Robert K. Sweeney #38322

Attorney for Plaintiff
P.O. Box 20
Hillsboro, MO 63050
rks@robertsweeneylaw.com
636-797-5600 - voice
636-797-4900 – fax

August 28, 2026
C:\Documents\PD\KAB\Petition_Final.docx
lf

Electronically Filed - Jefferson - August 28, 2026 - 03:42 PM

STATE OF MISSOURI )
) SS
COUNTY OF JEFFERSON )

IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
OF MISSOURI AT HILLSBORO, JEFFERSON COUNTY, MISSOURI

| | |
|---|---|
| KAB CONSTRUCTION CO.,<br>a Missouri corporation,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FESTUS, MISSOURI, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Cause No. 26JE-CC<br>) Division<br>)<br>)<br>) |

**MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER**

Comes now Plaintiff, by and through counsel, and moves this court appoint a member of Frederick Investigations Inc. as special process server for service of the summons and petition in this cause.

/s/ Robert K. Sweeney
Robert K. Sweeney #38322

Attorney for Plaintiff
P.O. Box 20
Hillsboro, MO 63050
rks@robertsweeneylaw.com
636-797-5600 - voice
636-797-4900 - fax

August 28, 2026
C:\Documents\PD\KAB\ProcessServer.doc
lf

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | |
| Nature of Suit:<br>CC Declaratory Judgment | | (Date File Stamp for Return) |

**The State of Missouri to:** **SAM RICHARDS**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

| | |
|---|---|
| 31-AUG-2026 | MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK |
| Date | Clerk |

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ________________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

____________________________________ (name) ________________________ (title).

☐ other: _______________________________________________________________.

Served at ____________________________________________________________ (address)

in ___________________________ (County/City of St. Louis), MO, on ________________ (date)

at ____________ (time).

| | |
|---|---|
| Printed Name of Officer or Server | Signature of Officer or Server |

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ________________________ (date).

*(Seal)*

My commission expires: ________________ ________________________

Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | |
| Nature of Suit:<br>CC Declaratory Judgment | | (Date File Stamp for Return) |

**The State of Missouri to:** **DAN MOORE**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

31-AUG-2026
Date

MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK
Clerk

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________________ (name) ______________________________ (title).

☐ other: ______________________________.

Served at ______________________________ (address)
in ______________________________ (County/City of St. Louis), MO, on ____________________ (date)
at ______________ (time).

______________________________ ______________________________
Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________________________ (date).

*(Seal)*

My commission expires: ____________________ ______________________________
Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | |
| Nature of Suit:<br>CC Declaratory Judgment | | (Date File Stamp for Return) |

**The State of Missouri to:** **RICK BELLEVILLE**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

31-AUG-2026
Date

MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK
Clerk

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________________ (name) ______________________________ (title).

☐ other: ______________________________.

Served at ______________________________ (address)
in ______________________________ (County/City of St. Louis), MO, on ____________ (date)
at ____________ (time).

______________________________ Printed Name of Officer or Server

______________________________ Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________________________ (date).

*(Seal)*

My commission expires: ____________ Date ______________________________ Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | |
| Nature of Suit:<br>CC Declaratory Judgment | | (Date File Stamp for Return) |

**The State of Missouri to:** **ALLEN MCCARTHY**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

| | |
|---|---|
| 31-AUG-2026 | MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK |
| Date | Clerk |

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________________ (name) ______________________________ (title).

☐ other: ______________________________________________.

Served at ______________________________________________ (address)

in ______________________________ (County/City of St. Louis), MO, on __________________ (date)

at ______________ (time).

______________________________ ______________________________

Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on ______________________________ (date).

*(Seal)*

My commission expires: __________________ ______________________________

Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.


Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | |
| Nature of Suit:<br>CC Declaratory Judgment | | (Date File Stamp for Return) |

**The State of Missouri to:** **CITY OF FESTUS**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

31-AUG-2026
Date

MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK
Clerk

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________________ (name) ______________________________ (title).

☐ other: ______________________________.

Served at ______________________________ (address)
in ______________________________ (County/City of St. Louis), MO, on ____________________ (date)
at ______________ (time).

______________________________ ______________________________
Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________________________ (date).

*(Seal)*

My commission expires: ____________________ ______________________________
Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| Judge or Division: EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
|---|---|---|
| Plaintiff/Petitioner: KAB CONSTRUCTION CO. vs. | Plaintiff's/Petitioner's Attorney/Address ROBERT KEVIN SWEENEY 503 MAIN STREET PO BOX 20 HILLSBORO, MO 63050 | |
| Defendant/Respondent: CITY OF FESTUS | Court Address: P O BOX 100 300 MAIN ST HILLSBORO, MO 63050 | (Date File Stamp for Return) |
| Nature of Suit: CC Declaratory Judgment | | |

**The State of Missouri to: MICHAEL COOK**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

31-AUG-2026
Date

MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK
Clerk

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

____________________________________ (name) ______________________________ (title).

☐ other: ____________________________________________________________.

Served at ____________________________________________________________ (address)

in ______________________________ (County/City of St. Louis), MO, on __________________ (date)

at ____________ (time).

______________________________ ______________________________

Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on __________________________ (date).

*(Seal)*

My commission expires: __________________ __________________________

Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | |
| Nature of Suit:<br>CC Declaratory Judgment | | (Date File Stamp for Return) |

**The State of Missouri to:** **DAVID BOYER**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

| | |
|---|---|
| 31-AUG-2026 | MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK |
| Date | Clerk |

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________________ (name) ______________________________ (title).

☐ other: ______________________________.

Served at ______________________________ (address)
in ______________________________ (County/City of St. Louis), MO, on ____________ (date)
at ____________ (time).

______________________________ ______________________________
Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________________________ (date).

*(Seal)*

My commission expires: ____________ ______________________________
Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS<br>Nature of Suit:<br>CC Declaratory Judgment | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | (Date File Stamp for Return) |

**The State of Missouri to:** **KEVIN DANIEL**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

31-AUG-2026
Date

MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK
Clerk

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________________ (name) ______________________________ (title).

☐ other: ______________________________.

Served at ______________________________ (address)

in ______________________________ (County/City of St. Louis), MO, on ______________ (date)

at ____________ (time).

______________________________ Printed Name of Officer or Server

______________________________ Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on ______________________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________ Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | |
| Nature of Suit:<br>CC Declaratory Judgment | | (Date File Stamp for Return) |

**The State of Missouri to:** **KARL WEEKLEY**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

31-AUG-2026
Date

MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK
Clerk

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________________ (name) ______________________________ (title).

☐ other: ______________________________.

Served at ______________________________ (address)
in ______________________________ (County/City of St. Louis), MO, on ______________________________ (date)
at ______________ (time).

______________________________ ______________________________
Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________________________ (date).

*(Seal)*

My commission expires: ______________________________ ______________________________
Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY**
**CIRCUIT DIVISON**
**STATE OF MISSOURI**

FILED
08/31/2026
MICHAEL E, REUTER
CLERK, CIRCUIT COURT
JEFFERSON COUNTY

**APPOINTMENT OF SPECIAL PROCESS SERVER**

Pursuant to RSMo 506.140, the requested individual(s) listed in Plaintiff's Motion for Special Process Server are appointed as Special Process Server(s) in this cause.

*Michael E. Reuter, Circuit Clerk*

*By:* G.LUCAS
*Deputy Clerk*

Electronically Filed - JEFFERSON - August 31, 2026 - 04:29 PM

STATE OF MISSOURI )
) SS
COUNTY OF JEFFERSON )

IN THE CIRCUIT COURT OF THE TWENTY-THIRD JUDICIAL CIRCUIT
OF MISSOURI AT HILLSBORO, JEFFERSON COUNTY, MISSOURI

KAB CONSTRUCTION CO., )
a Missouri corporation, )
)
Plaintiff, )
)
v. ) Cause No. 26JE-CC00913
) Division 2
CITY OF FESTUS, MISSOURI, et al., )
)
Defendants. )

**MEMORANDUM OF CORRECTION**

Comes now Plaintiff, by and through counsel, and advises that Defendant Kevin Dennis was incorrectly designated as "Kevin Daniels" in the filing of this matter. Request is made to correct the defendant's name in the court record and that summons be reissued to Kevin Dennis.

/s/ Robert K. Sweeney
Robert K. Sweeney #38322

Attorney for Plaintiff
P.O. Box 20
Hillsboro, MO 63050
rks@robertsweeneylaw.com
636-797-5600 - voice
636-797-4900 – fax

August 31, 2026
C:\Documents\PD\KAB\Correction_Mem.docx
lf

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | |
| Nature of Suit:<br>CC Declaratory Judgment | | (Date File Stamp for Return) |

**The State of Missouri to:** **KEVIN DENNIS**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

01-SEP-2026
Date

MICHAEL E. REUTER, CIRCUIT CLERK BY: s/S. PRICHARD, DEPUTY CLERK
Clerk

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________________ (name) ______________________________ (title).

☐ other: ______________________________.

Served at ______________________________ (address)
in ______________________________ (County/City of St. Louis), MO, on ____________________ (date)
at ______________ (time).

______________________________ ______________________________
Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________________________ (date).

*(Seal)*

My commission expires: ____________________ ______________________________
Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Declaratory Judgment | | |

**The State of Missouri to: CITY OF FESTUS**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

31-AUG-2026
Date

MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK
Clerk

**Further Information:**

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

**Case Number: 26JE-CC00913**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☑ (for service on a corporation) delivering a copy of the summons and petition to: Christina Doyle (name) Records Clerk (title).

☐ other: ______________________.

Served at 711 W Main, Festus, MO 63028 (address) in Jefferson (County/City of St. Louis), MO, on 9/3/2026 (date) at 1:35pm (time).

JoyTonne Neal
Printed Name of Officer or Server

[signature]
Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on 9/8/2026 (date).

JAIMIE MANESS
Notary Public, Notary Seal
State of Missouri
Jefferson County
Commission # 13430690
My Commission Expires 01-02-2029

(Seal)

My commission expires: 1/2/2029
Date

[signature]
Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Declaratory Judgment | | |

**The State of Missouri to:** **KARL WEEKLEY**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

31-AUG-2026
Date

MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK
Clerk

**Further Information:**

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

**Case Number: 26JE-CC00913**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________ (name) ______________________ (title).

☑ other: Christina Doyle, Records Clerk.

Served at 711 W Main, Festus, MO 63028 (address)

in Jefferson (County/City of St. Louis), MO, on 9/3/2026 (date)

at 1:35pm (time).

JayTonne Neal
Printed Name of Officer or Server

[signature]
Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on 9/8/2026 (date).

(Seal)

JAIMIE MANESS
Notary Public, Notary Seal
State of Missouri
Jefferson County
Commission # 13430690
My Commission Expires 01-02-2029

My commission expires: 1/2/2029
Date

[signature]
Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Declaratory Judgment | | |

**The State of Missouri to:** **SAM RICHARDS**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

31-AUG-2026
Date

MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK
Clerk

**Further Information:**

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

**Case Number: 26JE-CC00913**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________ (name) ______________________ (title).

☑ other: Christina Doyle, Records Clerk.

Served at 711 W Main, Festus, MO 63028 (address)

in Jefferson (County/City of St. Louis), MO, on 9/3/2026 (date)

at 1:35 pm (time).

JayTonne Neal
Printed Name of Officer or Server

[signature]
Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on 9/8/2026 (date).

(Seal)

JAIMIE MANESS
Notary Public, Notary Seal
State of Missouri
Jefferson County
Commission # 13430690
My Commission Expires 01-02-2029

My commission expires: 1/2/2029
Date

[signature]
Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Declaratory Judgment | | |

**The State of Missouri to: DAN MOORE**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

31-AUG-2026
Date

MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK
Clerk

**Further Information:**

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

**Case Number: 26JE-CC00913**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________ (name) ______________________ (title).

☑ other: Christina Doyle, Records Clerk.

Served at 711 W Main, Festus, MO, 63028 (address)
in Jefferson (County/City of St. Louis), MO, on 9/3/2026 (date)
at 1:35 pm (time).

JayTonne Neal
Printed Name of Officer or Server

[signature]
Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on 9/8/2026 (date).

JAIMIE MANESS
Notary Public, Notary Seal
State of Missouri
Jefferson County
Commission # 13438690
My Commission Expires 01-02-2029

(Seal)

My commission expires: 1/2/2029
Date

[signature]
Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Declaratory Judgment | | |

**The State of Missouri to: KEVIN DANIEL**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

31-AUG-2026
Date

MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK
Clerk

**Further Information:**

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

**Case Number: 26JE-CC00913**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________ (name) ______________________ (title).

☑ other: Christina Doyle, Records Clerk.

Served at 711 W Main, Festus, MO 63028 (address)

in Jefferson (County/City of St. Louis), MO, on 9/3/2026 (date)

at 1:35 pm (time).

JayTonne Neal
Printed Name of Officer or Server

[signature]
Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on 9/8/2026 (date).

(Seal)

JAIMIE MANESS
Notary Public, Notary Seal
State of Missouri
Jefferson County
Commission # 13430690
My Commission Expires 01-02-2029

My commission expires: 1/2/2029
Date

[signature]
Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | |
| Nature of Suit:<br>CC Declaratory Judgment | | (Date File Stamp for Return) |

**The State of Missouri to:** **MICHAEL COOK**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

31-AUG-2026
Date

MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK
Clerk

**Further Information:**

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

**Case Number: 26JE-CC00913**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________ (name) ______________________ (title).

☑ other: Christina Doyle, Records Clerk.

Served at 711 W Main, Festus, MO 63028 (address)
in Jefferson (County/City of St. Louis), MO, on 9/3/2026 (date)
at 1:35 pm (time).

JayTonne Neal
Printed Name of Officer or Server

[signature]
Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on 9/8/2026 (date).

JAIMIE MANESS
Notary Public, Notary Seal
State of Missouri
Jefferson County
Commission # 13430690
My Commission Expires 01-02-2029

(Seal)

My commission expires: 1/2/2029
Date

[signature]
Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Declaratory Judgment | | |

**The State of Missouri to: RICK BELLEVILLE**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

31-AUG-2026
Date

MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK
Clerk

**Further Information:**

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

**Case Number: 26JE-CC00913**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________ (name) ______________________ (title).

☑ other: Christina Doyle, Records Clerk.

Served at 711 W Main, Festus, MO 63028 (address)
in Jefferson (County/City of St. Louis), MO, on 9/3/2026 (date)
at 1:35pm (time).

JayTonne Neal
Printed Name of Officer or Server

[signature]
Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on 9/8/2026 (date).

(Seal)

JAIMIE MANESS
Notary Public, Notary Seal
State of Missouri
Jefferson County
Commission # 13430690
My Commission Expires 01-02-2029

My commission expires: 1/2/2029
Date

[signature]
Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Declaratory Judgment | | |

**The State of Missouri to: DAVID BOYER**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

31-AUG-2026
Date

MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK
Clerk

**Further Information:**

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

**Case Number: 26JE-CC00913**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________ (name) ______________________ (title).

☑ other: Christina Doyle, Records Clerk, Auth. to accept process

Served at 711 W Main, Festus, MO. 63028 (address)

in Jefferson (County/City of St. Louis), MO, on 9/3/2026 (date)

at 1:35pm (time).

JayTonne Neal
Printed Name of Officer or Server

[signature]
Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on 9/8/2026 (date).

(Seal)

JAIMIE MANESS
Notary Public, Notary Seal
State of Missouri
Jefferson County
Commission # 13430690
My Commission Expires 01-02-2029

My commission expires: 1/2/2029
Date

[signature]
Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

# Summons in Civil Case

IN THE 23RD JUDICIAL CIRCUIT, JEFFERSON COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>EDWARD LOUIS PAGE | **Case Number: 26JE-CC00913** | |
| Plaintiff/Petitioner:<br>KAB CONSTRUCTION CO.<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>ROBERT KEVIN SWEENEY<br>503 MAIN STREET<br>PO BOX 20<br>HILLSBORO, MO 63050 | |
| Defendant/Respondent:<br>CITY OF FESTUS | Court Address:<br>P O BOX 100<br>300 MAIN ST<br>HILLSBORO, MO 63050 | |
| Nature of Suit:<br>CC Declaratory Judgment | | (Date File Stamp for Return) |

**The State of Missouri to: ALLEN MCCARTHY**
**Alias:**
**711 W MAIN**
**FESTUS, MO 63028**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***JEFFERSON COUNTY***

31-AUG-2026
Date

MICHAEL E. REUTER, CIRCUIT CLERK /s/ G. LUCAS, DEPUTY CLERK
Clerk

**Further Information:**

Electronically Filed - JEFFERSON - September 08, 2026 - 03:17 PM

**Case Number: 26JE-CC00913**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________ (name) ______________________ (title).

☑ other: Christina Doyle, Records Clerk.

Served at 711 W Main, Festus, MO, 63028 (address)
in Jefferson (County/City of St. Louis), MO, on 9/3/2026 (date)
at 1:35 pm (time).

JayTonne Neal
Printed Name of Officer or Server

[signature]
Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on 9/8/2026 (date).

(Seal)

JAIMIE MANESS
Notary Public, Notary Seal
State of Missouri
Jefferson County
Commission # 13430690
My Commission Expires 01-02-2029

My commission expires: 1/2/2029
Date

[signature]
Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - JEFFERSON - September 28, 2026 - 03:02 PM

IN THE CIRCUIT COURT OF JEFFERSON COUNTY
STATE OF MISSOURI

| | |
|---|---|
| KAB CONSTRUCTION CO.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF FESTUS, MISSOURI, et al.<br><br>Defendants. | Cause No. 26JE-CC00913 |

**ENTRY OF APPEARANCE**

Blake D. Hill of Hellmich, Hill & Retter, LLC hereby enters his appearance on behalf of Defendants City of Festus, Missouri, Karl Weekley, Rick Belleville, Dan Moore, Sam Richards, David Boyer, Michael Cook, Kevin Dennis (improperly named "Kevin Daniels"), and Allen McCarthy.

Respectfully submitted,

HELLMICH, HILL & RETTER, LLC

*/s/ Blake D. Hill*

Blake D. Hill #58926MO
1049 North Clay Avenue
Kirkwood, MO 63122
314-646-1110 – Phone
314-646-1122 – Fax
blake@hellmichhillretter.com
*Attorney for Defendants*

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed via the court's electronic filing system, this 28th day of September 2026, to all counsel of record.

*/s/ Blake D. Hill*

Missouri Courts

The information available on Case.net is provided as a service and is not considered an official court record.

**26JE-CC00913 - KAB CONSTRUCTION CO V CITY OF FESTUS ET AL (E-CASE)**

File Viewer | Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

Charge information is not available for the selected case.

Back

Missouri Courts

The information available on Case.net is provided as a service and is not considered an official court record.

## 26JE-CC00913 - KAB CONSTRUCTION CO V CITY OF FESTUS ET AL (E-CASE)

File Viewer | Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences

Service Information | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

Further information may be available on the Docket Entries tab. Additionally, because service of process may establish legal obligations, you may want to examine the original case file in the clerk's office.

### Issuance

**Issued To**
DENNIS, KEVIN

**Date Issued**
09/01/2026

**Due Date**
10/01/2026

**Document Issued**
Summons Civil Case-To Dft-Res

**Document ID**
26-SMCC-2475

**Return Information not yet on file**

### Issuance

**Issued To**
MOORE, DAN

**Date Issued**
08/31/2026

**Due Date**
09/30/2026

**Document Issued**
Summons Civil Case-To Dft-Res

**Document ID**
26-SMCC-2452

#### Return

**Type Of Service**
Return Service - Other

**Service/Attempt Date**
09/03/2026

**Served To**
DAN MOORE

Back **xt**
SERVED - ACCEPTED BY CHRISTINA DOYLE, RECORDS CLERK

Missouri Courts

The information available on Case.net is provided as a service and is not considered an official court record.

**26JE-CC00913 - KAB CONSTRUCTION CO V CITY OF FESTUS ET AL (E-CASE)**

File Viewer | Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

If an event is continued or cancelled, it will not appear in this search result.

Scheduled hearings and trials information is not available for the selected case.

Back

Missouri Courts

The information available on Case.net is provided as a service and is not considered an official court record.

**26JE-CC00913 - KAB CONSTRUCTION CO V CITY OF FESTUS ET AL (E-CASE)**

File Viewer | Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

Civil Judgments is not available for the selected case.

Back

Missouri Courts

The information available on Case.net is provided as a service and is not considered an official court record.

**26JE-CC00913 - KAB CONSTRUCTION CO V CITY OF FESTUS ET AL (E-CASE)**

File Viewer | Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

Garnishment information is not available for the selected case.

Back